| | |
|---|---|
| **CSD 3000A** [07/01/18]<br>Name, Address, Telephone No. & I.D. No.<br>Kristin A. Zilberstein, Esq. (SBN: 200041)<br>Jennifer R. Bergh, Esq. (SBN 305219)<br>LAW OFFICES OF MICHELLE GHIDOTTI<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705<br>Ph: (949) 427-2010 ext. 1010<br>Fax: (949) 427-2732<br>kzilberstein@ghidottilaw.com | Order Entered on<br>July 19, 2018<br>by Clerk U.S. Bankruptcy Court<br>Southern District of California |
| **UNITED STATES BANKRUPTCY COURT**<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, California 92101-6991 | |
| In Re   CHAUNTEL MARIE BLACKWOOD<br><br>Debtor. | BANKRUPTCY NO.   17-07347 |
| Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1<br><br>Plaintiff(s) | ADVERSARY NO.   18-90072-LA |
| v.  HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM1<br><br>Defendant(s) | Date of Hearing: N/A<br>Time of Hearing: N/A<br>Name of Judge:   Louise DeCarl Adler |

## ORDER ON
### Dismissing Adversary Proceeding

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. 8 .

//

//

//

//

DATED:   July 18, 2018

_____
Judge, United States Bankruptcy Court

ORDER ON
DEBTOR:CHAUNTEL MARIE BLACKWOOD  CASE NO.:17-07347
ADV NO.:18-90072-LA

Based upon the Stipulation to Dismiss Adversary Proceeding filed on _July 17, 2018_ Docket No. 8, and good cause appearing, this adversary proceeding is dismissed with prejudice.

United States Bankruptcy Court
Southern District of California

Deutsche Bank National Trust Company, as,
    Plaintiff

HSBC Bank USA, National Association, as,
    Defendant

Adv. Proc. No. 18-90072-LA

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 1     Date Rcvd: Jul 19, 2018
    Form ID: pdf010     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
aty         +Kristin A. Zilberstein,   The Law Offices of Michelle Ghidotti,   1920 Old Tustin ave.,    92705,
              Santa Ana, CA 92705-7811
pla         +Deutsche Bank National Trust Company, as certifica,   The Law Offices of Michelle Ghidotti,
              1920 Old Tustin Avenue,   Santa Ana, CA 92705-7811
dft          HSBC Bank USA, National Association, as Trustee fo,   c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,   PO Box 24605,   West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustp.region15@usdoj.gov Jul 20 2018 01:12:11     United States Trustee,
              Office of the U.S. Trustee,   880 Front Street,   Suite 3230,   San Diego, CA 92101-8897
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*        +United States Trustee,   Office of the U.S. Trustee,   880 Front Street,   Suite 3230,
              San Diego, CA 92101-8897
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
      Gabriel Ozel   on behalf of Defendant   HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM1 gozel@houser-law.com, tkrogle@houser-law.com
      Michelle Ghidotti   on behalf of Plaintiffs   Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, its successors and/or assignees ecfnotifications@ghidottilaw.com, ECFNotifications@ghidottilaw.com
                                                                                                                         TOTAL: 2